

# NUMBER 13-22-00226-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

GERARDO CASTILLO,                                                    Appellant,

v.

U.S. BANK, N.A., SUCCESSOR TRUSTEE
TO LASALLE BANK NATIONAL ASSOCIATION,
ON BEHALF OF THE HOLDERS OF BEAR
STEARNS ASSET BAKED SECURITIES I
TRUST 2007-HE7, ASSET-BACKED
CERTIFICATES SERIES 2007-HE7,                                        Appellees.

## On appeal from the County Court at Law No. 4 of Hidalgo County, Texas.

# MEMORANDUM OPINION

### Before Justices Benavides, Tijerina, and Peña
### Memorandum Opinion by Justice Peña

This matter is before the Court on its own motion. On September 26, 2022, the Clerk of the Court notified appellant that, pursuant to Texas Rule of Appellate Procedure 38.8(a)(1), the appeal was subject to dismissal for want of prosecution unless, within ten days, appellant provided reasonable explanation for his failure to timely file a brief. The Court subsequently granted appellant's motion for extension of time to file brief, extending the deadline from September 22, 2022, to November 28, 2022. On December 22, 2022, the Court granted appellant's second amended motion for extension of time to file brief. We ordered appellant to file an appellate brief with this Court on or before 5:00 p.m. on January 27, 2023. The Court again informed appellant that his appeal was subject to dismissal for want of prosecution, but to date appellant has failed to file a brief.

Appellant has neither reasonably explained the delay in filing a motion for extension of time nor filed his brief. Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a), 42.3(b),(c). We dismiss all pending motions as moot.

L. ARON PEÑA JR.
Justice

Delivered and filed on the
2nd day of March, 2023.

2